IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11–cr-30051-NJR |
| ) | |
| ) | |
| ARLAND PAULETTE, ) | |
| ) | |
| Defendant. ) | |

# FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

On September 30, 2011, this Court entered an Order (Doc. 124) for forfeiture against Defendant Arland Paulette for the following property which had been seized from the Defendant:

> **One Smith and Wesson, Model 30-1, .32 long caliber revolver, bearing serial number 742661, and any and all ammunition contained therein.**

The Order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 9, 2014, and ending May 8, 2014, and that no third party filed a petition within thirty days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no

third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on September 30, 2011, namely:

> **One Smith and Wesson, Model 30-1, .32 long caliber revolver, bearing serial number 742661, and any and all ammunition contained therein.**

The United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal.

IT IS SO ORDERED.

DATED: June 12, 2015

>  s/ Nancy J. Rosenstengel
>  **NANCY J. ROSENSTENGEL**
>  **United States District Judge**